PROB 35A

**Order
Closing Case Due to Notice of Death**



FILED

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

JAN - 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | Docket Number: 2:00CR00586-02 |
| Richard Dale Earnest | ) | 2:01CR00388-01 |
| | ) | |

On November 14, 2001, the above-named defendant was sentenced to 100 months Bureau of Prisons with 36 months of supervised release to follow. On February 7, 2008, our office was notified by the Bureau of Prisons that Mr. Earnest died on February 6, 2008. (attached is a copy of the Certificate of Death).

It is accordingly recommended that this case be closed.

Respectfully submitted,

*Karen A. Meusling*

KAREN A. MEUSLING
Supervising United States Probation Officer

**ORDER OF COURT**

It is ordered that this case be closed this 9 day of January, 2009.

*William B. Shubb*

William B. Shubb
Senior United States District Judge

Attachment

cc:  United States Attorney & FLU
     Clerk's Office - Financial

Rev. 7/98
PROB35A.MRG

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

## DURHAM COUNTY
### REGISTER OF DEEDS
DURHAM, NORTH CAROLINA

**COPY 1 STATE COPY**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
NC VITAL RECORDS

### MEDICAL EXAMINER'S CERTIFICATE OF DEATH

Registration District No. D32-00  Local No. 385

2008000371

**DECEDENT'S NAME:** Richard Earnest — Richard Dale Earnest
**SEX:** M
**DATE OF DEATH:** 2/6/08
**SOCIAL SECURITY NUMBER:** 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
**AGE:** 57
**DATE OF BIRTH:** 6/29/50
**BIRTHPLACE:** UK
**WAS DECEDENT EVER IN U.S. ARMED FORCES?** No
**PLACE OF DEATH:** Other — Prison
**FACILITY NAME:** FMC Butner FCI
**CITY:** Butner
**INSIDE CITY LIMITS?** No
**COUNTY OF DEATH:** Durham
**MARITAL STATUS:** Never Married
**DECEDENT'S USUAL OCCUPATION:** Miner
**KIND OF BUSINESS/INDUSTRY:** Mining
**RESIDENCE — STATE:** NC
**COUNTY:** Granville
**CITY, TOWN, OR LOCATION:** Durham
**STREET AND NUMBER:** Old NC Hwy 75
**ZIP CODE:** 27509
**Hispanic Origin:** No
**RACE:** White
**EDUCATION:** 12
**FATHER'S NAME:** Mack Edward Earnest
**MOTHER'S NAME:** Donna Clark
**INFORMANT'S NAME:** FCI: Inmate Records-M Hobgood
**MAILING ADDRESS:** PO Box 999 Butner, NC 27509

**CAUSE OF DEATH:**
a. IMMEDIATE CAUSE: End-stage liver disease
b. Hepatitis B & Hepatitis C

**PART II:** Hypertension
**AUTOPSY PERFORMED:** No
**Autopsy Findings Available:** No

**MANNER OF DEATH:** Natural

**TIME OF DEATH:** 11:55 AM
**Signature of Certifier:** Daniel C. Zedek, MD OCME
**DATE SIGNED:** 2/6/08
**DATE PRONOUNCED DEAD:** 2/6/08

**METHOD OF DISPOSITION:** Cremation
**PLACE OF DISPOSITION:** Westover Crem. Svc
**LOCATION:** Danville, VA 24540
**FUNERAL HOME:** Professional Mortuary Svc, 612 Trent Drive Durham, NC 27705
**FUNERAL DIRECTOR:** Lester S Sandlin
**LICENSE NUMBER:** FSL712
**DATE FILED:** 2-22-2008
**EMBALMER:** N/A

---

**0070403**

## NORTH CAROLINA – Durham County

The foregoing is a true and accurate copy as recorded in the office of the Register of Deeds of Durham County, Durham, N.C.

Witness by my hand and official seal this **22 ND** day of **February, 2008**.

**WILLIE L. COVINGTON**
Register of Deeds

By: _____
Assistant/Deputy Register of Deeds



THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK